CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Jay Price, II, Esq., SBN 279082
Cara Townsend, Esq., SBN 220356
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191
Email: carat@potterhandy.com

Attorneys for Plaintiff

SWEENEY MASON LLP
Christopher J. Olson, Esq. (192689)
983 University A venue, Suite 104C
Los Gatos, CA 95032-7637
(408) 356-3000; (408) 354-8839
Email: colson@smwb.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**Masa, Inc.,** a California Corporation,<br><br>　　　Defendants. | Case No.: 4:21-cv-04693-HSG<br><br>**JOINT STIPULATION AND REQUEST TO FOREGO THE JOINT SITE INSPECTION** ; ORDER<br><br>**General Order 56** |

Hon. Haywood S Gilliam, Jr.

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE, AS FOLLOWS:

1. WHEREAS, pursuant to the Court's June 22, 2021, Order (Dkt. 6), the deadline to hold the joint inspection of the premises is 60 days after service of

complaint;

2. WHEREAS, Defendant was served on July 30, 2021;

3. WHEREAS, deadline to hold the joint inspection of the premises was September 28, 2021;

4. WHEREAS, Defendant filed answer on July 27, 2021 (Dkt. 8);

5. WHEREAS, the parties are currently engaged in settlement discussions and have reached an agreement regarding the remediation of the subject property; and

6. WHEREAS, Defendant has agreed to remedy all barriers to access alleged in the complaint at the subject property by a date certain and the Parties have memorialized this in writing; and

7. WHEREAS, the parties wish to forego the joint site inspection required under General Order no. 56 in favor of a cost-effective settlement;

8. WHEREFORE, it is hereby stipulated, subject to the approval of the Court, and which the parties jointly request, that they be relieved from their obligation to conduct the joint site inspection under General Order no. 56. It is further stipulated that all dates based on the Joint Site Inspection deadline shall be recalculated from the date of this Court's Order.

IT IS SO STIPULATED.

Dated: Dec 6, 2021                    CENTER FOR DISABILITY ACCESS

                                      By: /s/Cara Townsend
                                      Cara Townsend, Esq.
                                      Attorney for Plaintiff

Dated: December 6, 2021				SWEENEY MASON LLP

						By: /s/Cara Townsend
						Christopher J. Olson, Esq.
						Attorney for Defendant

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 6, 2021				CENTER FOR DISABILITY ACCESS

						By: /s/Cara Townsend
						Cara Townsend, Esq.
						Attorney for Plaintiff

### ORDER

DATED: 12/14/2021



DENIED
Judge Haywood S. Gilliam Jr.